UNITED STATES of America, Plaintiff-Appellee

v.

**Johnathan S. MOSER, Defendant-Appellant.**

**No. 15-2478.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 13, 2015.

Filed Oct. 16, 2015.

Ronna A. Holloman–Hughes, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Teresa A. Moore, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

PER CURIAM.

Johnathan Moser directly appeals the sentence that the district court[1] imposed upon revoking his supervised release, arguing that the 18-month sentence, which is above the advisory Guidelines range, is substantively unreasonable. Upon careful review, *see United States v. Miller,* 557 F.3d 910, 915–16 (8th Cir.2009) (appellate

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

1. The Honorable David Gregory Kays, Chief Judge, United States District Court for the Western District of Missouri.

review of revocation sentence), we conclude that the revocation sentence is not unreasonable, as the district court gave sufficient reasons to support the sentence. *See United States v. Larison,* 432 F.3d 921, 924 (8th Cir.2006) (affirming statutory maximum revocation sentence where district court justified decision by giving supporting reasons). We grant counsel's motion to withdraw.

The judgment is affirmed.